IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JHON DAVID ESCOBAR,

        Appellant,

 v.

Case No.  5D21-2458
LT Case No. 2020-CF-765

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 17, 2022

Appeal from the Circuit Court
for Osceola County,
Tom Young, Judge.

F. Wesley Blankner, Jr., of Ali & Blankner,
Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson Hall,
Assistant Attorney General, Daytona Beach,
for Appellee.


PER CURIAM.

     AFFIRMED.

COHEN, HARRIS and SASSO, JJ., concur.